**Ahmed Malachi ABDEL–AZIZ, Petitioner–Appellant,**

**v.**

**Patricia R. STANSBERRY, Warden, Respondent–Appellee.**

**No. 06–6319.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 5, 2006.

Ahmed Malachi Abdel–Aziz, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmed Malachi Abdel–Aziz, a state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdel–Aziz v. Stansberry,* No. 5:04–HC–509–BO (E.D.N.C. Feb. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*